IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SIDNEY MARTS,
    Plaintiff,

vs.          3:08cv95/RV/MD

CAPTAIN CHROMIALM,
    Defendant.
_____

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on March 24, 2008, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.     Plaintiff's motion to voluntarily dismiss (doc. 6) is granted and this case is dismissed without prejudice.

At Pensacola, Florida, this 23rd day of April, 2008.

                      /s/ *Roger Vinson*
                      ROGER VINSON
                      SENIOR UNITED STATES DISTRICT JUDGE